**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01403-CV

### IN RE VERP INVESTMENT, LLC, Relator

### Original Proceeding from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-03874

## ORDER
Before Justices Francis and Myers[1]

Before the Court is relator's motion for rehearing. We **DENY** the motion without prejudice to the filing of a new, properly supported petition for writ of mandamus. We **DENY** relator's emergency motion for stay.

/s/      MOLLY FRANCIS
        JUSTICE

---

[1] Justice Kerry FitzGerald was a member of the panel and participated in the submission of this case and issuance of the opinion, but did not participate in the issuance of this order due to his retirement on December 31, 2014.